UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 07-22058 CIV-JORDAN/TORRES

ELEANOR EISENBERG,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

### ORDER ON
### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE PLAINTIFF FROM INTRODUCING OPINION TESTIMONY AT TRIAL
### AND
### MOTION TO STRIKE PLAINTIFF'S EXPERT DISCLOSURE AND TO PRECLUDE PLAINTIFF FROM INTRODUCING OPINION TESTIMONY AT TRIAL

THIS CAUSE, having come to be heard before the Court upon Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion in Limine to preclude Plaintiff from Introducing Opinion Testimony at Trial dated June 27, 2008 and Motion to Strike Plaintiff's Expert Disclosure and to Preclude Plaintiff from Introducing Opinion testimony at Trial dated June 30, 2008, and the Court being otherwise advised in the premises, it is

ORDERED AND ADJUDGED as follows:

The Motion is GRANTED. Plaintiff shall have through July 24, 2008 to respond to Defendant's Motion in Limine, dated June 27, 2008 and through July 25, 2008 to respond to Defendant's Motion to Strike, dated June 30, 2008

DONE AND ORDERED in chambers Miami, Florida on the 15th day of July, 2008.

                                            _____
                                            Adalberto Jordan
                                            U.S. District Judge

Copies furnished to:
All Counsel of Record

1