UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-22058-CIV-Jordan/Torres

ELEANOR EISENBERG,

    *Plaintiff,*

vs.

CARNIVAL CORPORATION,

    *Defendant.*
_____/

### ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO "PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE RULE 26 REPORTS AND EXPERT DISCLOSURES"

**THIS CAUSE** having come before the Court on Defendant, CARNIVAL CORPORATION's Motion for Enlargement of Time to Respond to Plaintiff's Motion for Enlargement of Time within which to File Rule 26 Reports and Expert Disclosures, and the Court being duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED:**

1. Defendant's Motion is hereby **GRANTED**.

2. Defendant's Response in Opposition to Plaintiff's Motion for Enlargement of Time within which to File Rule 26 Reports and Expert Disclosures is due on Friday, July 25, 2008.

**DONE AND ORDERED** in Chambers at Miami, Florida this 21st day of July, 2008.

_____
HONORABLE ADALBERTO JORDAN
U.S. DISTRICT COURT JUDGE

Copies furnished to:
See attached Service List

## SERVICE LIST
## CASE NO. 07-22058-CIV-Judge: Jordan/Magistrate Judge: Torres

John H. Hickey, Esq.
federalcourtfilings@hickeylawfirm.com
Hickey Law Firm
1401 Brickell Avenue
Suite 510
Miami, FL 33131
Phone: 305-371-8000
Fax: 305-371-3542
*Attorneys for Plaintiff*

Jeffrey E. Foreman, Esquire
jforeman@mflegal.com
Noah D. Silverman, Esquire
nsilverman@mflegal.com
Maltzman Foreman, P.A.
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 358-6555
Facsimile: (305) 374-9077
*Attorneys for Defendant*

Donnise A. DeSouza, Esq.
ddesouza@carnival.com
Carnival Cruise Lines
3655 NW 87th Avenue
Miami, FL 33178-2428
Phone: 305-406-4838
Fax: 305-406-5347
*Attorney for Defendant*