UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-22058-CIV-JORDAN

| | |
|---|---|
| ELEANOR EISENBERG, | ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| CARNIVAL CORPORATION d/b/a/ CARNIVAL CRUISE LINES, | ) ) ) |
| Defendants | ) |

**ORDER CLOSING CASE**

In light of the mediator's report indicating that this case has been settled [D.E. 85], this action is dismissed without prejudice. All pending motions are denied as moot, and this case is closed.

I will dismiss this case with prejudice if the parties file a stipulation of dismissal with prejudice by August 29, 2008.

DONE and ORDERED in chambers in Miami, Florida, this 14th day of August, 2008.

*[signature]*
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record